UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MARISOL ESPINOZA; et al.,<br><br>　　　　　Defendants. | Case No.: 12-CV-00519 EJD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>**(Re: Docket Item No. 4)** |

No objections having been received within the time allowed by Federal Rule of Civil Procedure 72(b), the court hereby ADOPTS the Report and Recommendation issued by Magistrate Judge Howard R. Lloyd on February 6, 2012.

This Order terminates Docket Item No. 4.

For the reasons set forth in the Report and Recommendation, IT IS HEREBY ORDERED that the case shall be REMANDED to the Superior Court of the State of California, County of Santa Clara.  The Clerk shall close this file upon entry of Judgment.

**IT IS SO ORDERED.**

Dated: February 23, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 12-CV-00519 EJD
ORDER ADOPTING REPORT AND RECOMMENDATION