UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>            Plaintiff,<br>    v.<br><br>MARISOL ESPINOZA; et al.,<br><br>            Defendants. | Case No.: 12-CV-00519 EJD<br><br>**JUDGMENT** |

This matter having been fully considered, and the court having adopted the Report and Recommendation issued by Magistrate Judge Howard R. Lloyd on February 6, 2012,

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that that the case shall be remanded to the Superior Court of the State of California, County of Santa Clara.

IT IS FURTHER ORDERED that the Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: February 23, 2012

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 12-CV-00519 EJD
JUDGMENT